STATE OF NEW JERSEY v. WANDA TOLIFERRO.
September 23, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID PLEVA.
September 23, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. CLAUDE TIGNEY.
September 23, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. KARL L. TELLER.
September 23, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. JORGE RODRIGUEZ.
September 23, 1985.

Petition for certification denied.